## AFFIDAVIT OF SERVICE

**State of Florida**                                                                                          **County of Gainesville**

Case Number: 1 20 CV 00017 AW GRJ

Plaintiff:
PETRA HALL AND SEAN TRUSSELL AND ALL PERSON SIMILARLY SITUATED,

vs.

Defendant:
UICY CRAB INC., ET AL,

For:
JASON BROWN

Received by GUARANTEED SUBPOENA SERVICE, INC. on the 10th day of February, 2020 at 3:38 pm to be served on THE JUICY CRAB JAX LLC., 1115 MARY SUSAN DR., JACKSONVILLE, FL 32245.

I, Joann Lewis, being duly sworn, depose and say that on the **11th day of February, 2020** at **1:51 pm**, I:

SERVED the within named LLC by delivering a true copy of the **SUMMONS, COLLECTIVE AND CLASS ACTION COMPLAINT AND JURY DEMAND AND DEMAND FOR PRESERVATION OF EVIDENCE WITH EXHIBIT A** with the date and hour of service endorsed thereon by me to **TRACEY A. MINYARD** as **GENERAL MANAGER** for **THE JUICY CRAB JAX LLC.** service being made at **1115 MARY SUSAN DR., JACKSONVILLE, FL 32225** pursuant to F.S. 48.062.

**Description** of Person Served: Age: 54, Sex: F, Race/Skin Color: White, Height: 5'11, Weight: 240, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Duly Appointed Special Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 12 day of February 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

TRACY BRUMFIELD
MY COMMISSION # GG 065072
EXPIRES: March 17, 2021
Bonded Thru Notary Public Underwriters

Joann Lewis
ID # 113

GUARANTEED SUBPOENA SERVICE, INC.
2009 Morris Avenue, Suite 101
Union, NJ 07083

Our Job Serial Number: GTS-0000049771
Ref: 20200210135241

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c