# AFFIDAVIT OF SERVICE

**State of Florida**                                                                                                      **County of Gainesville**

Case Number: 1 20 CV 00017 AW GRJ

Plaintiff:
**PETRA HALL AND SEAN TRUSSELL AND ALL PERSON SIMILARLY SITUATED,**

vs.

Defendant:
**JUICY CRAB INC., ET AL,**

For:
JASON BROWN

Received by GUARANTEED SUBPOENA SERVICE, INC. on the 10th day of February, 2020 at 3:30 pm to be served on **THE BOIL JAX INC., 8106 BLANDING BLVD., JACKSONVILLE, FL 32244.**

I, Cynthia Brown-Rexrode, being duly sworn, depose and say that on the **12th day of February, 2020** at **11:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COLLECTIVE AND CLASS ACTION COMPLAINT AND JURY DEMAND AND DEMAND FOR PRESERVATION OF EVIDENCE WITH EXHIBIT A** with the date and hour of service endorsed thereon by me, to: **CHI NG** as **MANAGER** for **THE BOIL JAX INC.**, at the address of: **8106 BLANDING BLVD., JACKSONVILLE, FL 32244**, and informed said person of the contents therein, pursuant to F.S. 48.081.

Description of Person Served: Age: 35+, Sex: M, Race/Skin Color: Asian, Height: 5'6, Weight: 110, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Duly Appointed Special Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 13 day of February, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

TRACY BRUMFIELD
MY COMMISSION # GG 065072
EXPIRES: March 17, 2021
Bonded Thru Notary Public Underwriters

Cynthia Brown-Rexrode
ID # 253

GUARANTEED SUBPOENA SERVICE, INC.
2009 Morris Avenue, Suite 101
Union, NJ 07083

Our Job Serial Number: GTS-0000049770
Ref: 20200210134742

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c