UNITED STATES DISTRICT COURT
NORTHERN DISTRICT FLORIDA
Gainesville Division

PETRA HALL and SEAN TRUSSELL,

    Plaintiffs,

vs.                        **Case No. 1:20-cv-17-AW-GRJ**

JUICY CRAB INC., SEA CRAB INC., THE BOIL JAX INC., and THE JUICY CRAB JAX LLC.

    Defendants.
_____ /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs PETRA HALL and SEAN TRUSSELL, by and through their undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss this action with prejudice.

Dated: May 19, 2020

                                           RESPECTFULLY SUBMITTED,

                                       By: /s/ Jason T. Brown
                                              Jason T. Brown (N.D. Fla. ID # 4389854)
                                              BROWN, LLC
                                              111 Town Square Place, Suite 400
                                              Jersey City, NJ 07310
                                              T: (877) 561-0000
                                              F: (855) 582-5297
                                              jtb@jtblawgroup.com