IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**PETRA HALL and SEAN TRUSSELL,**

    **Plaintiffs,**

v.                                                    Case No. 1:20-cv-17-AW-GRJ

**JUICY CRAB INC., SEA CRAB INC.,
THE BOIL JAX INC., and THE JUICY
CRAB JAX LLC,**

    **Defendants.**

_____/

## ORDER CLOSING THE FILE

Plaintiffs have filed a notice of voluntary dismissal with prejudice. ECF No. 8. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). This order confirms that the case has been dismissed.

This case included FLSA claims, and compromises of certain FLSA claims are ineffective without court approval. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). No party has asked the court to review or approve any settlement. Nevertheless, through their notice of dismissal—whether based on an unapproved settlement or otherwise—the Plaintiffs have abandoned their case. The clerk will close the file.

SO ORDERED on May 20, 2020.

                                              s/ *Allen Winsor*
                                              United States District Judge